UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV-01-CV-2354 (RHK/JMM)

Diane Roach,

Plaintiff,

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Jon R. Hawks, Ltd., and
Jon R. Hawks, Esq., individually,

Defendants.

Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree that the above-referenced matter, including all claims and counter-claims are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: March 8, 2002

**JON R. HAWKS, LTD.**

By: [signature]
Jon R. Hawks, Attorney I.D. #150745
Attorney for Defendants
7301 Ohms Lane, Suite 535
Edina, MN 55439-2340
(952) 835-7819

Dated: March 5, 2002 2002

**PETER F. BARRY**

By: [signature]
Peter F. Barry, Attorney I.D.#0266577
Attorney for Plaintiff
342 East County Road D
St. Paul, MN 55117
(651) 714-8800

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV-01-CV-2354 (RKH/JMM)

---

Diane Roach,

Plaintiff,

**ORDER FOR DISMISSAL WITH PREJUDICE**

Jon R. Hawks, Ltd., and
Jon R. Hawks, Esq., individually,

Defendants.

---

Based upon the stipulation of the parties, the above-referenced matter, including all claims and counterclaims of the parties, is hereby dismissed with prejudice, each party to bear its own costs.

Dated: 3/11/02

Honorable Richard H. Kyle
United States District Court Judge